# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Rebecca K. P.H.,**

    **Plaintiff,**

    v.

**Commissioner of Social Security,**

    **Defendant.**

**Case No. 2:21-cv-3896**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

On April 13, 2022, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court overrule Plaintiff's Statement of Specific Errors and adopt the Commissioner of Social Security's decision denying benefits in this case. R&R, ECF No. 16. The R&R notified the parties of the right to object to the recommendations contained therein and specifically warned the parties that a failure to object would result in "a waiver of the right to have the District Judge review the R&R *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the R&R." *Id.* at 37 (citations omitted).

The deadline for objecting has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific Errors, and **AFFIRMS** the Commissioner's decision.

The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT